**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAMION WHITTEN,

    Petitioner,

-vs-                                    Case No.  8:04-CV-2352-T-30TBM

JAMES R. MCDONOUGH,

    Respondent.
_____/

## **ORDER**

    This matter is before the Court for consideration of Petitioner's Petition for Leave to Proceed In Forma Pauperis on Appeal (Dkt. 16).  On January 10, 2008, the Court dismissed Petitioner's petition for writ of habeas corpus, and ruled that Petitioner is not entitled to a certificate of appealability and, consequently, not entitled to appeal in forma pauperis (Dkt. 12 at 12-13).

    ACCORDINGLY, the Court **ORDERS** that Petitioner's Petition for Leave to Proceed In Forma Pauperis on Appeal (Dkt. 16) is **DENIED**.

    **DONE** and **ORDERED** in Tampa, Florida on February 11, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copies furnished to:
Petitioner pro se
Counsel of Record